■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR MOORE, Appellant. [805 NYS2d 848]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 19, 1999 (*People v Moore*, 263 AD2d 517 [1999]), modifying a judgment of the Supreme Court, Kings County, rendered June 9, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., H. Miller, S. Miller and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SCOTT, Appellant. [805 NYS2d 848]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered May 9, 2001, convicting him of murder in the second degree and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support a conviction of depraved indifference murder (*see* Penal Law § 125.25 [2]; *People v Payne*, 3 NY3d 266 [2004]) is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10, 19 [1995]), and we decline to reach it in the exercise of our interest of justice jurisdiction (*see* CPL 470.15 [3] [c]; [6] [a]; *People v Kotsopoulos*, 18 AD3d 781 [2005], *lv denied* 5 NY3d 807 [2005]; *People v Barcliff*, 18 AD3d 666, 667 [2005], *lv denied* 5 NY3d 785 [2005]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Adams, J.P., S. Miller, Ritter and Rivera, JJ., concur.